**CRIMINAL MINUTES**
**TUESDAY, JANUARY 3, 2023 - 4th Day of Trial**
**2:19CR208 USA v. FREEDA FLYNN**

PLAINTIFF'S COUNSEL: CHRISTOPHER JASON, MARYAM ADEYOLA
DEFENSE COUNSEL: ROBERT KRAPENC, WILLIAM S. IRELAND, II
LAW CLERK: CAITLIN MILLER, ERIN HASSETT, ANNIE WILT
COURT REPORTER: LAHANA DUFOUR
COURTROOM DEPUTY: JENNIFER KACSOR

**Government witness Amanda Perkins**
    Cross examination - William S. Ireland, II
        Joint exhibit 312, 313

    Redirect examination - Christopher Jason
        Joint exhibit 310, 810

    Recross examination - William S. Ireland, II

**Government witness Nellie Perkins -** Maryam Adeyola
    Cross examination - William S. Ireland, II

    Redirect examination - Maryam Adeyola

**Government witness Brandi Dorcy** - Maryam Adeyola
    Government exhibit 602, 604

    Cross examination - Bob Krapenc

Court opened at 10:00 a.m.
Court adjourned at 2:30 p.m.